■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOTTIE MANUEL, Appellant. [879 NYS2d 804]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J., at plea; A. Kirke Bartley, J., at sentence), rendered on or about April 25, 2008, unanimously affirmed. No opinion. Order filed. Concur— Tom, J.P., Saxe, Sweeny, Acosta and Abdus-Salaam, JJ.